UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN MEAD | CIVIL ACTION |
| VERSUS | NO. 08-3173 |
| BURL CAIN, WARDEN | SECTION "C"(4) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Alvin Mead's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 25th day of August, 2010.

_____
**UNITED STATES DISTRICT JUDGE**